DANTE T. PRIDE (SBN 262362)
The Pride Law Firm
2831 Camino Del Rio S., Ste. 104
San Diego, CA 92108
Tel: 619-516-8166
Fax: 619-785-3414
dpride@pridelawfirm.com

Attorney for Plaintiff Tyler Astorga

JENNIFER M. MARTIN (SBN 322048)
MELISSA HOLMES (SBN 220961)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4901
Facsimile:  (619) 531-6005
jennifer.martin2@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and Kevin Boegler

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TYLER ASTORGA, an individual, | Case No.: 21-CV-0463-BEN-KSC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE REMAINING PRETRIAL DEADLINES** |
| COUNTY OF SAN DIEGO; KEVIN BOEGLER, in his individual capacity, | |
| Defendants. | |

      PLEASE TAKE NOTICE that the dispute between Plaintiff and Defendants has been resolved among the parties.  The parties anticipate that a Joint Stipulation for Dismissal of the entire action with prejudice will be filed within sixty days.

      In light of the case status, the parties jointly move for an order vacating all remaining

1

pretrial deadlines.

Respectfully submitted,

DATED: September 1, 2022          The Pride Law Firm

*s/ Dante T. Pride*
DANTE T. PRIDE
Attorney for Plaintiff

DATED: September 1, 2022          Office of County Counsel

*s/ Jennifer M. Martin*
JENNIFER M. MARTIN, Deputy
Attorneys for Defendants County of San Diego and Kevin Boegler

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I certify that the contents of this document are acceptable to counsel for Defendants and that I obtained authorization to affix her electronic signature to this document.

DATED: September 1, 2022          The Pride Law Firm

*s/ Dante T. Pride*
DANTE T. PRIDE
Attorney for Plaintiff